SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5066
   E-mail: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-MJ-70750 RS |
|       Plaintiff, ) | |
|   v. ) | SUBSTITUTION OF ATTORNEY |
| TIMOTEO JUAREZ-BRAVO, ) | |
|       Defendant. ) | |

Please take notice that as of, August 21, 2007, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

    Jeffrey B. Schenk, Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, CA   95113
    Telephone: (408) 535-2695

DATED: August 21, 2007

    Respectfully submitted,

    SCOTT N. SCHOOLS
    United States Attorney

    _____/s/_____
    Assistant United States Attorney