UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 9/10/2007  
**Case No:** CR-07-0565 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Raynee Mercado  
**U.S. Probation Officer:** N/A  
**Interpreter:** Adele Negro  

### TITLE

U.S.A. v. Timoteo Juarez-Bravo ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk  
**Attorney(s) for Defendant(s):** Lara Vinnard  

### PROCEEDINGS

Status/Trial Setting

### ORDER AFTER HEARING

Hearing Held. Defendant Juarez-Bravo present and in custody for proceedings. Defendant was aided by a Spanish language interpreter for proceedings. This was the Defendant's initial appearance before the Court. The Last Day for Trial is 11/8/2007. The Court continued this matter to 10/1/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 9/10/2007 to 10/2/2007 for efforts to resolve this matter short of trial.

_____  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: