UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 10/1/2007  **Court Reporter:** Irene Rodriguez
**Case No:** CR-07-0565 JW  **U.S. Probation Officer:** N/A
  **Interpreter:**   Lupita Arce (Spanish)

## TITLE

U.S.A. v. Timoteo Juarez-Bravo ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

1. Dispositional Hearing
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant Juarez-Bravo present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Defendant plead guilty as to Count 1 of the Indictment. The plea agreement was executed in open court. The Defendant waived referral to the United States Probation Office for a Presentence Investigation Report. The Court proceeded with immediate sentencing. The Defendant is Sentenced as to Count 1 of the Information. The Defendant is committed to 30 months BOP custody, 3 years Supervised Release under the standard conditions and Court imposed special condition of no illegal re-entry, $100 special assessment. The Defendant is remanded to United States Marshal custody.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: